Argued October 22, affirmed October 25, 1976

CALDWELL, *Petitioner,*

*v.*

OREGON LIQUOR CONTROL COMMISSION, *Respondent.*

(No. 65-38, CA 6538)

555 P2d 209

John J. Herbrand, attorney for petitioner.

W. Michael Gillette, Solicitor General, Salem, and Al J. Laue, Assistant Attorney General, Salem, attorneys for respondent.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

Affirmed. *Plaid Pantries, Inc. v. OLCC,* 16 Or App 199, 517 P2d 1192 (1974).